1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ROSALES-AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00548 LHK |
| --- | --- | --- |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE |
| vs. | ) ) ) | AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| JORGE ROSALES-AGUILAR, | ) ) | |
| Defendant. | ) ) | |

**STIPULATION**

Defendant Jorge Rosales-Aguilar, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Special Assistant United States Attorney Carolyne Sanin, hereby stipulate that, with the Court's approval, the status hearing currently set for Wednesday, November 16, 2011, at 10:00 a.m., shall be continued to Wednesday, January 18, 2012, at 10:00 a.m.

The reason for the requested continuance is the government advised defense counsel sometime ago that Mr. Jorge Rosales-Aguilar is ineligible for the fast-track early disposition program due to the nature of a prior conviction he sustained.  The government has provided discovery that includes Mr. Rosales-Aguilar's immigration file and audio recording of his prior

deportation proceedings, and a proposed non-fast-track disposition. Defense counsel's review of Mr. Rosales-Aguilar's immigration file and deportation proceedings, including legal research to determine whether a defense motion to challenge his prior deportation may be brought, and defense counsel's investigation, is not yet complete. Based on the foregoing, the defense requires additional time to effectively prepare, and therefore respectfully requests a continuance of the status hearing date to January 18, 2012.

The parties agree that the time between November 16, 2011, and January 18, 2012, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by both counsel.

Dated: November 9, 2011

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: November 9, 2011 _____/s/_____
CAROLYNE SANIN
Special Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Wednesday, November 16, 2011, shall be continued to Wednesday, January 18, 2012, at 10:00 a.m.

THE COURT FINDS that failing to exclude the time between November 16, 2011, and January 18, 2012, would unreasonably deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between November 16, 2011, and January 18, 2012, from computation under the Speedy Trial Act

1 | outweigh the interests of the public and the defendant in a speedy trial.

2 | THEREFORE, IT IS HEREBY ORDERED that the time between November 16, 2011,

3 | and January 18, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C.

4 | § 3161(h)(7)(A) and (B)(iv).

5 | IT IS SO ORDERED.

6 | Dated: 11/9/11

_____
THE HONORABLE LUCY H. KOH
United States District Judge

Stipulation and [~~Proposed~~] Order Continuing Hearing 3